JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TIMOTHY BRADY, an individual,<br><br>      Plaintiff,<br><br> v.<br><br>DELTA ENERGY & COMMUNICATIONS INC. a Delaware corporation;<br>SCOTT FOSTER, an individual;<br>JOHN HENDRICK, an individual;<br>DOES 1 – 20, inclusive,<br><br>      Defendants. | Case No. 5:21-cv-01843-FWS-SHK<br><br>**FINAL JUDGMENT**<br><br>Judge: Hon. Fred W. Slaughter |

///

///

///

Pursuant to this Court's April 9, 2024, Order Granting in Part and Denying in Part Motion for Partial Summary Judgment, (Dkt. 175) (the "April 9, 2024, Order") with respect to all claims asserted by Plaintiff Timothy Brady ("Plaintiff") against Defendants Scott Foster and John Hendrick, judgment is entered in favor of Defendants Foster and Hendrick, and Plaintiff shall take nothing on those claims, with each side bearing their own attorneys' fees and costs.

Pursuant to the April 9, 2024, Order, with respect to Plaintiff's fraud-based claims against Delta Energy & Communications Inc. ("Delta") (Counts 1, 2, 8, and 9 of the Sixth Amended Complaint), judgment is entered in favor of Delta, and Plaintiff shall take nothing on those claims, with each side bearing their own attorneys' fees and costs.

Pursuant to the parties' May 17, 2024, Stipulation for Entry of Judgment, (Dkt. 190), as to Plaintiff's remaining claims against Delta, judgment is hereby entered in favor of Plaintiff and against Delta in the amount of $3,500,000.00, inclusive of interest, attorneys' fees, and costs.

**IT IS SO ORDERED**.

Dated: May 22, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE